**File Hashes for IP Address 68.60.157.141**

**ISP:** Comcast Cable
**Physical Location:** Holland, MI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/07/2013 22:04:55 | 6D294471F6134D1DC8521AC5960DCD850CECD20A | Seeing Double |
| 02/07/2013 22:04:46 | 6BA1E888B0A277770FECB22BCAB0AB56F8CD8742 | Working Out Together |
| 01/31/2013 13:42:34 | 232CF6B96D55E479F275B0CCF8CE92DDB67775AA | One Night Stand |
| 01/31/2013 13:27:02 | 5C484A7003F92598EEDF762092D0C7D41CD794E9 | Yoga Master and Student |
| 01/31/2013 13:21:21 | D8CAC2CE015C6CDE8E5F5A2EC2BF263A086CAA41 | A Little Rain Must Fall |
| 01/31/2013 13:21:19 | 80CA96F23E8F93FFD8F5EA729E99EFEE1906C0E6 | Want You |
| 01/18/2013 23:46:23 | 09D7C29EFFBFC541C24511FBE502A34AACFA711D | Spur of the Moment |
| 01/18/2013 14:07:20 | A3D2E44E922CAF5F39268A88B58B47905B81AD19 | Warm Inside |
| 01/11/2013 00:11:33 | 424DC6B514FD47431F79C2A09158FB9240F381E7 | Together Again |
| 12/22/2012 18:05:13 | 3275AC7BCF3A4A75069F663ED5D84BF1D2E3882D | Unforgettable View #2 |
| 12/12/2012 13:01:22 | E75A9E7C598E50AF1FCD6CC1A5A289CA545FEA18 | Then They Were Three |
| 12/10/2012 18:47:36 | 90E692A0ACFEB631698F4FFCEACACD140C38891C | Loving Angels |
| 12/10/2012 18:27:07 | 00B9DC7868D5414CBB6E50359CAAB7D5CDCF450F | Inside Perfection |
| 11/28/2012 13:13:17 | 1DE0FA5F65D48F7864F0C9F56AC1A6F26C70DBC4 | Formidable Beauty |
| 11/28/2012 13:10:23 | 5078847A4BA6E5A076E5485A5BA1B6FAC7D48183 | Lovers Quarrel |
| 11/28/2012 13:00:58 | 2D944FBF51FCFD4184A742CC675EFF5DEE9E7B40 | Heart and Soul |
| 11/28/2012 07:11:02 | 936022DD4F201CF2B17D5E1E38EC7BB75866EC19 | Vacation Fantasy |
| 11/28/2012 07:09:49 | AC4FF9B08A0EF87D1CB1C8E7BFFA607BC935F601 | Tarde Espanola |
| 11/28/2012 00:56:52 | 8211D3AEE36C3CC6BD8089DE1F887F062D62DD36 | Finding Elysium |
| 11/12/2012 14:21:29 | F0AFDBC7DD17E26F0B9C61F5152655F428C05D55 | Still With Me |
| 11/12/2012 14:19:40 | 149B621A7854AD4251012BDA94681F3C21D72DE8 | Unbelievably Beautiful |
| 11/12/2012 14:17:55 | 4359DC92664E77CD720AC1416D3700F179E303E6 | Flexible Beauty |

EXHIBIT A

NWMI15

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/12/2012 14:09:12 | EDAF16456CBAA9B04EF6F9DF8932F5AF65243DDD | Soul Mates |
| 11/12/2012 04:17:39 | F537201E383882F7E5536D7A372B7E2B55F04EE5 | Amazing Grace |
| 11/07/2012 08:32:45 | 67C6FA065A01EE465D4825EA7545CA902CB32E93 | Poolside Passion |
| 10/20/2012 13:16:30 | BCACC3C596F61D418DCFD40F511DF324A5C658C5 | Daydream |
| 10/20/2012 13:15:27 | 73D2A617D53196F98228F2629497720ADBBC6CED | Young Passion |
| 10/20/2012 13:15:00 | DAC6745AF67ECC0F2333EF8729C380681E637407 | Dangerous Game |
| 10/20/2012 13:12:11 | 780DF38C30647D65D3723D782F02A9BD70ADE51B | Starting Over |
| 10/20/2012 13:07:31 | F7F3D256F23771D0AF985F28EB99B14553ED4960 | Farewell |
| 10/15/2012 16:23:21 | 734F126C0CE8277035CD1035761185BA1E3B341A | Red Hot |
| 10/08/2012 12:02:02 | BC2FB2F0B4C21041E44FF3ED68364E5365D0856D | Wild Things |
| 10/04/2012 13:58:19 | 9830D15B5D1BC23579ABD22B39A2BF5E6C941628 | Photo Fantasy |
| 09/27/2012 13:00:22 | D4910A575283A5F7686A90F4DEF9B48E85D33E71 | Three for the Show |
| 09/27/2012 13:00:14 | 1FA2BFA906342B360BBB52CB645F94CD19B3FF4E | Black Lingerie Bliss |
| 09/11/2012 12:55:17 | EE7DC112CE480DC914957AC65A313AE3DEE3E64D | First Love |
| 09/11/2012 12:52:43 | 5BFE0261FD5315EBD491ABBEF7279DE9EE30E377 | Side by Side |
| 08/10/2012 12:08:11 | EC74A92D6EA97AB1493A43FDA8C512004ABD659E | Casual Affair |
| 07/31/2012 08:05:41 | B62385D339EA5767D03B4BA502CEACC8B3FC34EF | Morning Tryst |
| 07/26/2012 13:16:11 | 8342201A3C44277E7753BBCB2EFDA014EBEF84A4 | Backstage |
| 07/26/2012 13:12:04 | 59DFFA8F94AAF5D1F41B78FA691922726C24AF8F | Yoga in the Sky |
| 06/22/2012 12:59:21 | 45EC8EB67C9B3F66E982ED02CEC6EEBD94334BA7 | Foot Fetish |
| 06/19/2012 10:37:54 | A6FD98B1EEAC8696A4D5D1B1AF7EED0F08073C45 | On My Own |
| 06/11/2012 07:26:56 | 2CB00C235792C6D9BF5EFD3373043B163AAB2F03 | Young and Hot |
| 06/05/2012 19:37:56 | C9255BEF6851F39C0879F3C65DC851CE9ADCA38F | Like The First Time |
| 06/05/2012 19:36:25 | 8124B47DA90C6ADDB802F0A113AE263BC5A80547 | Romantic Memories |
| 06/01/2012 10:47:13 | 312904C2CE0CDC9EBBF87580E63CFB90AF5946EA | LA Love |

EXHIBIT A

NWMI15

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 05/10/2012 11:38:18 | B17E6CBB71FF9E931ED034CFC5EC7A3B8F29BB1E | Pretty Back Door Baby |
| 05/08/2012 12:59:19 | CC6A25F7CF8F5A8255E170A173031322DFA3144B | Leila Last Night |
| 05/07/2012 21:07:28 | 0522756A5F18392D40FB2BF5D65F715C1D434B7D | Breakfast in Bed |
| 04/18/2012 18:04:04 | 71DF1D6A4106665A52739C87E445B0CD6537F81D | Roommates |
| 04/18/2012 08:04:30 | BA772D1708E497F0BBD02ACE6BCD94F0E9C30255 | Wild at Heart |
| 03/30/2012 17:24:09 | 38B29045632EB116F6BD4FFAA96ED0E62F9A9BE4 | Silvie Eufrat Strip Poker |
| 03/14/2012 11:56:45 | 5B69520281DC9887F9B46BAB1D7A51679F9C2F36 | California Dreams |
| 03/14/2012 05:23:29 | F19855F0AD75BE17B05755B41A121E972932B0A9 | Blonde Ambition |
| 03/08/2012 12:28:27 | 0FA534118B681C0739E2615C8F34384CBDF981E3 | Carla Intimate |
| 01/27/2012 10:43:48 | 3AFAB51555954FEAD187E8A598B769801D758FF7 | Anneli Leila Menage A Trois |

**Total Statutory Claims Against Defendant: 57**

EXHIBIT A