## Sue VanHolstyn

| | |
|---|---|
| From: | Paul Nicoletti <pauljnicoletti@gmail.com> |
| Sent: | Monday, October 21, 2013 8:15 AM |
| To: | James A. Mitchell |
| Subject: | Re: 131018 Malibu v. Bui | NWMI15-1 |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

I agree that case evaluation would be a waste of time at this juncture. We need an order/stip are you going to prepare?


Best Regards,

Law Offices of Nicoletti & Associates, PLLC
Paul Nicoletti  (P-44419)
36880 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
Landline: (248) 203-7800
Fax 1: (248) 203-7801
Fax 2: (248) 928-7051
Email:  paul@nicoletti-associates.com
Website: www.nicoletti-associates.com



This e-mail message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us (collect) at (248) 203-7800 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.  Thank you.

This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only.  No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means.  Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated.

 Please consider the environment before printing this email

On Sat, Oct 19, 2013 at 12:26 PM, James A. Mitchell <jamitchell@mitchelliplaw.com> wrote:

Paul, per my voice mail, I suggest we ask the Court to forgo the Early Neutral Evaluation. I see nothing to gain. As I indicated, our client acknowledges that the movies you are suing on were downloaded to his computer. The issues as we see it are:

1. Who made the copy on Mr. Bui's computer, Mr. Bui or Kick Ass Torrent?

2. If Kick Ass Torrent, was Mr. Bui a joint tortfeasor, or was he innocent and ignorant of any wrong doing.

3. Damages, if any.

We need to identify our experts, which you have now done, and file our expert reports. You will probably want to depose Mr. Bui. We may want to depose each other's experts.

Let me know if you agree, so we can jointly ask the Court to forgo the ENE order. If you do not agree, we will ask the Court ourselves. Our client cannot afford the expense of ENE.

We owe you interrogatory answers on Monday. May we please have until Thursday to complete? Thanks.

James A. Mitchell

**MITCHELL IP LAW, PLLC**

Office 616 965 2431

Cell 616 540 2677