UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT MICHIGAN

MALIBU MEDIA, LLC,                )
                                  )
    Plaintiff,                    )  Civil Action Case No. 1:13-cv-00162-RJJ
                                  )
v.                                )
                                  )
DON BUI a/k/a HUY H. BUI,         )
                                  )
    Defendant.                    )
_____ )

**ORDER GRANTING PLAINTIFF'S MOTION FOR
EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS**

**THIS CAUSE** having come before the Court upon Plaintiff's Motion for Extension of Time to File Dispositive Motions (the "Motion"), and the Court being duly advised in the premises does hereby:

**ORDER AND ADJUDGE:** Plaintiff's Motion is granted. The parties shall have until May 14, 2014 to file dispositive motions.

DONE AND ORDERED this  5th  day of      May     , 2014.


                          By   /s/ Robert J. Jonker
                          **UNITED STATES DISTRICT JUDGE**