

# Google Transparency Report

Home  Traffic  **Requests to remove content**  Security and privacy

Introduction  From governments  **Due to copyright**

### Overview

### Owners

### Reporting organizations

### Specified domains

### Requests

### FAQ

### Download data

### Visible changes

**Copyright Owner: Malibu Media LLC**

| | |
|---|---|
| Total Requests: | 447 |
| Median Requests per Week: | 3 |
| URLs Requested to be Removed: | 398,544 |
| % Indexed URLs | – |
| Median URLs per Week: | 2,986 |
| Most Recent Request: | May 6, 2014 |
| First Available Request: | Apr 21, 2012 |

**URLs Requested to be Removed Per Week**

(bar chart from 4/16/12 to after 11/4/13, y-axis 0 to 16,000)

### Reporting Organizations Representing This Copyright Owner

| | URLs |
|---|---|
| Malibu Media LLC | 143,112 |
| Malibu Media LLC | 133,473 |
| Malibu Media LLC | 101,577 |
| Unspecified | 18,109 |
| Unspecified | 1,344 |

### Top Domains Specified

| | URLs |
|---|---|
| filestube.com | 38,257 |
| filestube.to | 26,449 |
| bitsnoop.com | 9,614 |
| torrentz.eu | 5,311 |
| limetorrents.com | 4,646 |

Requests  1–20 of 447

**EXHIBIT E**