UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>DON BUI a/k/a HUY H. BUI, )<br>)<br>   Defendant. )<br>_____) | Civil Action Case No. 1:13-cv-00162-RJJ |

**PLAINTIFF'S NOTICE OF FILING CERTIFICATE OF GOOD FAITH CONFERRAL PURSUANT TO L. CIV. R. 7.1(d)**

Plaintiff, Malibu Media, LLC ("Plaintiff"), by and through undersigned counsel and pursuant to L. Civ. R. 7.1(d) hereby files its Certificate of Good Faith Conferral to Plaintiff's Motion to Strike the Declarations of Douglas Kelly and Jason Smith Filed in Support of Defendant's Response to Plaintiff's Motion for Summary Judgment (CM/ECF 37).  Undersigned e-mailed defense counsel on Wednesday July 9, 2014 at 6:07 a.m. in an attempt to ascertain whether Plaintiff's Motion to Strike would be opposed.  The e-mail contained the basis for the motion and the relief sought.  As of the date and time of this filing, undersigned has not received a response.  Undersigned counsel apologizes for the delay in filing the instant certification.

Dated: July 10, 2014

                                                      Respectfully submitted,

                                                      NICOLETTI LAW, PLC

                    By:   /s/ *Paul J. Nicoletti*
                            Paul J. Nicoletti, Esq. (P-44419)
                            33717 Woodward Ave, #433
                            Birmingham, MI 48009
                            Tel:  (248) 203-7800
                            E-Fax: (248) 928-7051
                            Email:  pauljnicoletti@gmail.com
                            *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 10, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                      By:    /s/ *Paul J. Nicoletti*